JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

JAWAD SHALABI,

    Plaintiffs,

v.

BMW OF NORTH AMERICA, LLC,

    Defendants.

Case No.: CV 19-05682-CJC (AGRx)

JUDGMENT

Plaintiff Jawad Shalabi has accepted a Federal Rule of Civil Procedure 68 Offer of Judgment from Defendant BMW of North America, LLC. (Dkt. 15.) The Court hereby **ORDERS** that:

1. Judgment is entered in favor of Plaintiff and against Defendants.
2. Defendant shall refund to Plaintiff any documented, verifiable costs and fees reasonably associated with the acquisition of the subject vehicle pursuant to

the May 10, 2017 Motor Vehicle Lease Agreement ("Lease Agreement"), as well as any documented, verifiable monthly payments that Plaintiff has made to BMW Financial Services NA, LLC ("BMW FS") pursuant to the Lease Agreement, not to exceed $23,967.28, less the applicable mileage offset not to exceed $13,229.79 (based on 28,878 miles on April 29, 2019).

3. Defendant shall pay the amount due to BMW FS sufficient to pay off the balance owed on the subject vehicle in full (with the pay-off amount paid directly to BMW FS).

4. Plaintiff shall transfer title, possession, and control of the subject vehicle to Defendant.

5. Plaintiff shall file a Request for Dismissal of the entire action, with prejudice, within 5 business days after receiving all payments from Defendant due to Plaintiff and Plaintiff's counsel and those payments clearing the normal bank cycle.

6. The Court will retain jurisdiction to enforce this Offer of Judgment under FRCP 41(a).

7. Defendant's Motion to Compel Arbitration (Dkt. 12) is **DENIED AS MOOT**.

//
//
//
//
//
//
//
//

8. The only remaining issue to be resolved is an award of attorney fees and costs. Plaintiff shall be entitled to recover reasonable attorney fees and costs to be determined by the Court, in the amount of either $2,500.00 or the reasonable costs, expenses and attorney fees actually incurred by Plaintiff up to September 9, 2019. Defendant shall not be liable for a fee multiplier above 1.00

DATED: October 7, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE